JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER

07 C 6916

# EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. _____ |
| | ) |
| v. | ) REMOVAL OF ACTION FROM |
| | ) THE CIRCUIT COURT OF |
| | ) COOK COUNTY, ILLINOIS |
| | ) PURSUANT TO 28 U.S.C. §1441(a) |
| | ) (DIVERSITY OF CITIZENSHIP) |
| INTERACTIVE BROKERS LLC, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF BRADFORD JACOBOWITZ

STATE OF CONNECTICUT )
                     )   SS
COUNTY OF FAIRFIELD  )

I, Bradford Jacobowitz, being duly sworn according to law, depose and say that if called upon to testify in this proceeding, I am of legal age and am fully competent to testify as to the facts set forth herein based upon my personal knowledge.

1. I am currently the Vice President, Legal & Compliance of Interactive Brokers LLC ("Interactive"). I have knowledge of the corporate structure and daily operations of Interactive.

2. Interactive is organized and exists under the laws of Connecticut.

3. Interactive's principal executive offices and corporate headquarters are located at One and Two Pickwick Plaza, Greenwich, Connecticut 06830.

4. In filings with its regulators, including the Commodity Futures Trading Commission, the Securities and Exchange Commission, the National Futures Association, the

New York Stock Exchange and the Financial Industry Regulatory Authority, among others, Interactive identifies its Greenwich, Connecticut headquarters as its principal office.

5. Interactive's operational, corporate and management decisions are primarily made at its corporate headquarters in Connecticut.

6. Interactive's weekly Management Steering Committee meetings are conducted at its corporate headquarters in Connecticut. These weekly Management Steering Committee meetings are the mechanism by which the firm makes its operational, corporate and management decisions and communicates them to senior managers.

7. Interactive's monthly Audit Committee meetings are held at its corporate headquarters in Connecticut.

8. Interactive's director and shareholder meetings are conducted at its corporate headquarters in Connecticut.

9. A majority of Interactive's principal executive officers maintain their offices at Interactive's corporate headquarters in Connecticut, including Thomas Peterffy, Chairman and President; Alexander Ioffe, Chief Financial Officer; Thomas A. Frank, Executive Vice President and Chief Information Officer; Paul J. Brody, Secretary; Susan J. Cramer, Treasurer; Arnold Feist, Chief Compliance Officer and myself. Interactive's General Counsel, David M. Battan, maintains his office in Washington, D.C. Interactive's Chief Operating Officer, Jonathan Chait, maintains his office in Zug, Switzerland. None of Interactive's principal executive officers are located in Illinois.

10. The majority of the members of the firm's Management Steering Committee are located at its corporate headquarters in Connecticut. None of the members of the Committee are located in Illinois.

11. Interactive's complete records and books of account are maintained at its corporate headquarters in Greenwich, Connecticut.

12. The firm's regulators conduct their primary audits of Interactive's finances, operations and sales practices at the firm's Greenwich, Connecticut headquarters.

FURTHER AFFIANT SAYETH NAUGHT.

Dated:  December 4, 2007

_____
Bradford Jacobowitz

STATE OF CONNECTICUT )
                     )   SS.
COUNTY OF FAIRFIELD  )

Sworn to and Subscribed to before me
this 4th day of December, 2007.

_____
Notary Public

CATHY A. AUDIA
Notary Public
My Commission Expires April 20, 2012

3