# EXHIBIT D

UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

THOMAS ARMSTRONG, a Canadian citizen, et al., )
)
v. ) No.
) Judge
INTERACTIVE BROKERS LLC, a Connecticut corporation. )
)

## RULE 7.1 DISCLOSURE STATEMENT
## NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by defendant(s) : INTERACTIVE BROKERS LLC

i) Identify all its parent corporations, if any;
IBG LLC

and ii) List any publicly held company that owns 10% or more of the party's stock:
There is no publicly held corporation that owns 10% or more of Interactive Brokers LLC's stock.

Attorney's signature: s/ Jeffrey E. Jamison          Date: 12/07/07

Attorney's printed name:   Jeffrey E. Jamison

Address:   525 West Monroe Street
           Chicago, IL 60661
Phone:     (312) 902-5200          Fax number: (312) 902-5507