**07 C 6916**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

# CIVIL COVER SHEET

**FILED**
**DECEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Thomas Armstrong, et al.,

**DEFENDANTS**
Interactive Brokers LLC,

**(b)** County of Residence of First Listed Plaintiff: British Columbia, Canada
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Fairfield County Connecticut
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Peter J. Berman, Peter J. Berman, Ltd.
332 S. Michigan Ave, Suite 1000, Chicago, IL 60604, 312-408-1114

Attorneys (If Known)
Ted S. Helwig, Dean V. Hoffman, Jeffrey E. Jamison
Katten Muchin Rosenman LLP,
525 West Monroe, Suite 1900 Chicago, IL 60661, 312-902-5504

**II. BASIS OF JURISDICTION**: [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of Another State: PTF [X] 2
- Citizen or Subject of a Foreign Country: PTF [X] 3
- Incorporated and Principal Place of Business In Another State: DEF [X] 5

**IV. NATURE OF SUIT**: [X] 370 Other Fraud

**V. ORIGIN**: [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**: Aiding and abetting a fraud and breach of fiduciary duty; Acting in Concert; Negligence; Negligent Supervision and Training

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ 6,474,308  JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 12/07/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jeffrey E. Jamison

**CEM**