# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 07-C-6916 |
| | ) |
| | ) Hon. Ronald A. Guzman |
| | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| v. | ) REMOVAL OF ACTION FROM |
| | ) THE CIRCUIT COURT OF |
| | ) COOK COUNTY, ILLINOIS |
| | ) PURSUANT TO 28 U.S.C. §1441(a) |
| | ) (DIVERSITY OF CITIZENSHIP) |
| INTERACTIVE BROKERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER TO EXTEND TIME

This matter having come before this Court to be heard on the parties' Joint Motion to Extend Time, and good cause having been shown, it is hereby ORDERED:

1. Plaintiffs are granted until December 31, 2007, to file a motion seeking to remand this matter to the Circuit Court of Cook County.

2. If Plaintiffs do <u>not</u> file a motion to remand on or before December 31, 2007, Defendant will answer or otherwise plead to the Complaint on or before January 11, 2008.

3. If Plaintiffs <u>do</u> file a motion to remand, this Court will at that time establish a schedule to conduct any necessary discovery on the motion to remand, set a briefing schedule for the motion to remand, and set a time by which Defendant must answer or otherwise plead to the Complaint.

ENTER:

_____
Hon. Ronald A. Guzman