THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 07-C-6916 |
| ) | |
| ) | Hon. Ronald A. Guzman |
| ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| v. ) | REMOVAL OF ACTION FROM |
| ) | THE CIRCUIT COURT OF |
| ) | COOK COUNTY, ILLINOIS |
| ) | PURSUANT TO 28 U.S.C. §1441(a) |
| ) | (DIVERSITY OF CITIZENSHIP) |
| INTERACTIVE BROKERS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Peter J. Berman
      Peter J. Berman, Ltd.
      332 S. Michigan Ave., Ste. 1000
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on Thursday, December 20, 2007, or as soon thereafter as the parties may be heard, counsel for Defendant will appear before Judge Guzman, or any other judge sitting in his stead in Courtroom 1219 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present the parties' *Joint Motion to Extend Time* and *Agreed Order to Extend Time*, copies of which are attached and hereby served upon you.

Dated: December 17, 2007        By:    /s/ Dean V. Hoffman
                                       One of the Attorneys for Defendant

                                       Ted S. Helwig
                                       Dean V. Hoffman
                                       Jeffrey E. Jamison
                                       **KATTEN MUCHIN ROSENMAN LLP**
                                       525 West Monroe Street, Suite 1900
                                       Chicago, Illinois 60661
                                       (312) 902-5200

## CERTIFICATE OF SERVICE

       I hereby certify that on December 17, 2007, I caused the foregoing *Notice of Motion*, *Joint Motion to Extend Time, and Agreed Order to Extend Time* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter Jeffrey Berman
pberman@pbermanlaw.com

Ted S. Helwig
ted.helwig@kattenlaw.com

Dean Vanderveer Hoffman
Dean.Hoffman@kattenlaw.com

Jeffrey Edmund Jamison
jeffrey.jamison@kattenlaw.com


Dated:  December 17, 2007                      Respectfully submitted,

                                                      By:      /s/ Dean V. Hoffman
                                                              One of the Attorneys for Defendant

                                                              Ted S. Helwig
                                                              Dean V. Hoffman
                                                              Jeffrey E. Jamison
                                                              **KATTEN MUCHIN ROSENMAN LLP**
                                                              525 West Monroe Street, Suite 1900
                                                              Chicago, Illinois 60661
                                                              (312) 902-5200