UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Thomas Armstrong, et al.
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06916
                                            Honorable Ronald A. Guzman

Interactive Brokers, LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

        MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant Interactive Brokers, LLC for extension of time [7] is granted. Plaintiffs are granted until 12/31/07 to file a motion seeking to remand this matter to the Circuit Court of Cook County. If Plaintiffs do not file a motion to remand or or before 12/31/07, Defendant will answer or otherwise plead to the Complaint on or before 1/11/08. If Plaintiffs do file a motion to remand, this Court will at that time establish a schedule to conduct any necessary discovery on the motion to remand, set a briefing schedule for the motion to remand, and set a time by which Defendant must answer or otherwise plead to the Complaint. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.