THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 07-C-6916 |
| ) | |
| ) | Hon. Ronald A. Guzman |
| ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| v. ) | REMOVAL OF ACTION FROM |
| ) | THE CIRCUIT COURT OF |
| ) | COOK COUNTY, ILLINOIS |
| ) | PURSUANT TO 28 U.S.C. §1441(a) |
| ) | (DIVERSITY OF CITIZENSHIP) |
| INTERACTIVE BROKERS LLC, ) | |
| ) | |
| Defendant. ) | |

## INTERACTIVE BROKERS LLC'S MOTION TO DISMISS THE COMPLAINT

Defendant Interactive Brokers LLC, ("Interactive" or the "Company"), by its attorneys, moves this Court pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure to dismiss the Complaint for the reasons set forth in its Memorandum in Support of Its Motion to Dismiss the Complaint.

WHEREFORE, Interactive respectfully request that the Complaint be dismissed with prejudice.

**Dated:** January 11, 2008.

                        Respectfully submitted,

                        KATTEN MUCHIN ROSENMAN LLP

                        By:   /s/Ted. S. Helwig

                        Counsel for Defendant Interactive Brokers LLC

                        Ted S. Helwig
                        Dean V. Hoffman
                        Jeffrey E. Jamison

**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200
(312) 902-1061 (fax)