THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 07-C-6916 |
| ) | |
| ) | Hon. Ronald A. Guzman |
| ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| v. ) | REMOVAL OF ACTION FROM |
| ) | THE CIRCUIT COURT OF |
| ) | COOK COUNTY, ILLINOIS |
| ) | PURSUANT TO 28 U.S.C. §1441(a) |
| ) | (DIVERSITY OF CITIZENSHIP) |
| INTERACTIVE BROKERS LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Peter J. Berman
      Peter J. Berman, Ltd.
      332 S. Michigan Ave., Ste. 1000
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on January 17, 2008, or as soon thereafter as the parties may be heard, counsel for Defendant will appear before Judge Ronald A. Guzman, or any other judge sitting in his stead in Courtroom 1219 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's *Motion for Leave to File Instanter an Overlength Motion to Dismiss* and Defendant's *Motion to Dismiss*, copies of which are attached and hereby served upon you.

Dated: January 11, 2008      By:   /s/ Jeffrey E. Jamison
                                   One of the Attorneys for Defendant

                                   Ted S. Helwig
                                   Dean V. Hoffman
                                   Jeffrey E. Jamison
                                   **KATTEN MUCHIN ROSENMAN LLP**
                                   525 West Monroe Street, Suite 1900
                                   Chicago, Illinois 60661
                                   (312) 902-5200

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 11, 2008, I caused the foregoing *Motion for Leave to File Instanter an Overlength Motion to Dismiss* and *Motion to Dismiss* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter Jeffrey Berman
pberman@pbermanlaw.com

Ted S. Helwig
ted.helwig@kattenlaw.com

Dean Vanderveer Hoffman
Dean.Hoffman@kattenlaw.com

Jeffrey Edmund Jamison
jeffrey.jamison@kattenlaw.com

Dated:  January 11, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey E. Jamison
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　　　　Ted S. Helwig
　　　　　　　　　　　　　　　　　　　　　　Dean V. Hoffman
　　　　　　　　　　　　　　　　　　　　　　Jeffrey E. Jamison
　　　　　　　　　　　　　　　　　　　　　　**KATTEN MUCHIN ROSENMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　525 West Monroe Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　　　　　(312) 902-5200