UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Thomas Armstrong, et al.
                        Plaintiff,

v.                                             Case No.: 1:07−cv−06916
                                                          Honorable Ronald A. Guzman

Interactive Brokers, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant Interactive Brokers, LLC to file instanter an Overlength Motion to Dismiss [13],[14] is granted. Briefing schedule on motion by Defendant Interactive Brokers, LLC to dismiss [11]: Response due by 2/7/2008. Reply due by 2/21/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.