## CERTIFICATE OF SERVICE

      Peter J. Berman, on oath states that on Monday, February 4, 2008, he caused a copy of the attached Notice of Filing and Plaintiffs' Memorandum in Opposition of Defendant's Motion to Dismiss to be served on Defendants' counsel, Ted S. Helwig at Katten Muchin Rosenman LLP, 525 West Monroe Street, Ste. 1900, Chicago, Illinois, 60661, via electronic filing.

Dated February 4, 2008

                                                      By: /S/ Peter J. Berman
                                                            Attorney for Plaintiffs

Peter J. Berman
Peter J. Berman, Ltd.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604-4398
312.408.1114
No. 0190535
Attorney for Plaintiffs