THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ARMSTRONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07-C-6916 |
| | ) | |
| | ) | Hon. Ronald A. Guzman |
| | ) | |
| v. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| | ) | |
| | ) | |
| Interactive Brokers, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  Ted S. Helwig
     Katten Muchin Rosenman LLP
     525 West Monroe Street, Ste. 1900
     Chicago, Illinois 60661

     PLEASE TAKE NOTICE that on Monday, February 8, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiffs' Memorandum in Opposition of Defendant's Motion to Dismiss with this Notice of Filing and the attached Certificate of Service, copies of each are attached hereto and hereby served upon you.

                                                                              Plaintiffs

Dated February 4, 2008

                                                        By: /S/ Peter J. Berman
                                                            Their attorney

Peter J. Berman
Peter J. Berman, Ltd.
332 S. Michigan Avenue, Suite 1000
Chicago, Illinois 60604
312.408.1114
No. 0190535