# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas Armstrong, et al.
                      Plaintiff,

v.                                                       Case No.: 1:07−cv−06916
                                                           Honorable Ronald A. Guzman

Interactive Brokers, LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 7/23/2008. Court adopts proposed discovery schedule. No extensions. All discovery ordered closed by 12/31/2009. Defendant's motion to dismiss due by 9/19/2008. Response due 10/24/08. Reply due 11/7/08. Ruling to be by mail. Status hearing set for 12/3/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.