# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS ARMSTRONG, et al., | ) |
| Plaintiffs, | ) Case No. 07-C-6916 |
| | ) Hon. Ronald A. Guzman |
| | ) Magistrate Judge Sidney I. Schenkier |
| v. | ) |
| INTERACTIVE BROKERS LLC, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE

Defendant Interactive Brokers LLC requests that Jeffrey E. Jamison be granted leave to withdraw as counsel of record.

## Withdrawal of Appearance

I hereby withdraw my appearance on behalf of Defendant Interactive Brokers LLC.

    /s/ Jeffrey E. Jamison
Jeffrey E. Jamison

Dated:  September 4, 2008

2

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**


By: /s/Dean V. Hoffman
 Counsel for Interactive Brokers LLC

 Ted S. Helwig
 Dean V. Hoffman
 **KATTEN MUCHIN ROSENMAN LLP**
 525 West Monroe Street
 Chicago, Illinois 60661
 (312) 902-5200
 (312) 902-1061 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2008, I caused the foregoing *Motion to Withdraw Appearance* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter Jeffrey Berman
pberman@pbermanlaw.com

Ted S. Helwig
ted.helwig@kattenlaw.com

Dean Vanderveer Hoffman
Dean.Hoffman@kattenlaw.com


Dated:  September 4, 2008                    Respectfully submitted,

                                        By:    /s/ Dean V. Hoffman
                                                 One of the Attorneys for Defendant

                                                 Ted S. Helwig
                                                 Dean V. Hoffman
                                                 **KATTEN MUCHIN ROSENMAN LLP**
                                                 525 West Monroe Street, Suite 1900
                                               Chicago, Illinois 60661
                                               (312) 902-5200